# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127368(82)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DERRICK JASON TOLBERT,
    Defendant-Appellant.

SC: 127368
COA: 246009
Wayne CC: 02-004778

_____/

On order of the Court, the motion for reconsideration of this Court's order of July 29, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY and CORRIGAN, JJ., would grant reconsideration and, on reconsideration, would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

d0123